

ORIGINAL

FILED

06/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0264

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0264

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

JEREMY CORD WOODS,

    Defendant and Appellant.

FILED

JUN 2 9 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Jeremy Cord Woods has filed a Motion for a 90-day Extension of Time within which to file his opening brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's brief shall be filed on or before October 15, 2020.

DATED this 29th day of June, 2020.

For the Court,

By _____
               Justice